

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-18-00597-CR

Louis A. **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3342A
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The State filed its brief on March 21, 2019; Appellant's reply brief was due on April 10, 2019. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for extension of time to file a reply brief until April 30, 2019.

Appellant's motion is GRANTED. *See id.* R. 38.6(d). Appellant's reply brief must be filed in this court by April 30, 2019. *See id.* R. 38.3 (authorizing an "appellate court [to] consider and decide the case before a reply brief is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

_____
Keith E. Hottle
Clerk of Court